**Lori A. LEVY, Plaintiff/Appellant,**

v.

**HAZELWOOD SCHOOL DISTRICT, and Crystal Nelson, Defendants/Respondents,**

and

**Dr. Grayling Tobias, and Julia Burke–Thorpe, a/k/a Julia Robinson–Thorpe, Defendants.**

**No. ED 98479.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 4, 2012.

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J., and LISA VAN AMBURG, J.

### ORDER

PER CURIAM.

Plaintiff appeals from the trial court's entry of summary judgment in defendant's favor on plaintiff's claim for employment discrimination. No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).